IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 705 INTERNATIONAL BROTHER-   )
HOOD OF TEAMSTERS HEALTH AND        )
WELFARE FUND, *et al*.,             )
                                    )         CIVIL ACTION
                  Plaintiffs,       )
                                    )         NO. 25 C 6529
        vs.                         )
                                    )         JUDGE FRANKLIN U.
ANDERSON BROS. STORAGE AND MOVING   )         VALDERRAMA
CO., an Illinois corporation,       )
                                    )
                  Defendant.        )

### MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on July 30, 2025 [Dkt 10], request this Court enter judgment against Defendant, Anderson Bros. Storage and Moving Co., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On July 30, 2025, this Court entered default against Defendant [Dkt. 10].

2. On August 24, 2025, this Court entered an order directing Defendant to produce its payroll records for the period July 1, 2022 through January 31, 2025 [Dkt. 14].

3. On November 17, 2025, this Court granted Plaintiffs' motion for a hearing on a rule to show cause. This Court set the hearing for December 2, 2025 [Dkt. 22]. On December 2, 2025, Defendant failed to appear [Dkt. 23].

4. On February 2, 2026, this Court issued a body attachment against Mr. Rothstein [Dkt. 29]. On February 24, 2026, the U.S. Marshal's Service took Mr. Rothstein into custody and

a hearing was held [Dkt. 33]. At that hearing, this Court gave Mr. Rothstein until March 17, 2026 to comply with the Court's order.

5.      On March 24, 2026, this Court held a status hearing. At that hearing, this Court stated that if Defendant did not comply with the Court's August 25, 2025 order, Plaintiffs would be permitted to estimate what they believe Defendant to owe [Dkt. 35].

6.      Defendant failed to comply with Plaintiffs requests to audit his records for the period July 1, 2022 through January 31, 2025. Defendant's last report was for the month of July 2023. The July 2023 report showed eight (8) employees on remit. Plaintiffs applied the eight (8) employees number for the period August 1, 2023 to February 1, 2026 (See Affidavit of Amy Wojciechowski Att. 1, attached to this Complaint).

7.      Defendant is in violation of its obligation to make contributions and to comply with an audit for the months of January 2025 forward. Based upon a review of Defendant's reporting history, the Fund Administrator reasonably estimates Defendant's liability for such period in the amount of $689,128.00 for contributions. (Wojciechowski Aff. Par. 4).

8.      Additionally, the amount of $27,817.66 is due in interest and $68,912.80 is due for liquidated damages.   (Wojciechowski Aff. Par. 5-6).

9.      In addition, Plaintiffs' firm has expended $1,555.00 for costs and $7,427.43 for attorneys' fees in this matter.   (See Affidavit of Carson W. Fallo).

10.     Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $794,840.89.

2

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $794,840.89.

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:   (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\705w\Anderson Brothers\#31183\motion for entry of judgment.cwf.docx

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Plaintiffs' Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of June 2026:

Mr. Victor Rothstein, President
Anderson Bros. Storage and Moving Co.
1001 N. North Branch Street, 2nd Floor
Chicago, IL 60642-4234


/s/    Carson W. Fallo


Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:   (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\705w\Anderson Brothers\#31183\motion for entry of judgment.cwf.docx